**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO.  04-37-DLB-JGW**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

vs.                                              **ORDER**

**ANDRE THOMAS**                                                                                **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

      This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of thirty (30) months imprisonment with no supervised release to follow.  (Doc. # 37).  During the supervised release and detention hearing conducted by Magistrate Judge Wehrman on January 27, 2012, Defendant orally stipulated to violating the terms of his supervised release as outlined in the August 12, 2011 Violation Report (Doc. # 31) and the January 27, 2012 addendum to that report.  (Doc. # 35).

      Defendant having executed a waiver of his right to allocution (Doc. # 36), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration.  Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)  the Magistrate Judge's Report and Recommendation (Doc. # 37) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)  Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)  Defendant's supervised release is hereby **REVOKED**;

(4)  Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **thirty (30) months** with no supervised release to follow;

(5)  That the above sentence, to the extent possible, be served at FCI Ashland; and

(6)  A Judgment shall be entered contemporaneously herewith.

This 15th day of February, 2012.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2004\04-37 Order adopting R&R.wpd